IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01594-OES

SANDRA B. TOODLE,
CLAUDIA WARD,
LAVEEDA TOODLE,
VALERIE TOODLE,
BRANDON TOODLE,
LA CLAUDIA TOODLE,
JUDITH GRIMES,
SHARON BOYKIN,
JOHN BOYKIN,
ELLIOTT BOYKIN,
LINDA POWELL, and
YVONNE BUFORD, et al.,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 8 2005

GREGORY C. LANGHAM
CLERK

     Plaintiffs,

v.

PRESIDENT GEORGE W. BUSH FOR U.S. GOVERNMENT (USA),
ATTORNEY GERALDINE TURNER,
EX U.S. ATTORNEY GENERAL JOHN ASHCROFT,
RUSSEL WILLIAMS,
JOHN JEFFERSON,
THURMAN NORTON,
SHARON NORTON,
JOYCE JONES, A.K.A.,
JOANN (JEAN) GAZELLE,
BANK OF AMERICA, and
OHIO SAVINGS BANK, et al.,

     Defendants.

_____

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

_____

     Plaintiff Sandra B. Toodle  has filed **pro se** a Complaint for money damages.

The court must construe the Complaint liberally because Ms. Toodle is not represented

by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**,

935 F.2d 1106, 1110 (10th Cir. 1991).  However, the court should not be the *pro se*

litigant's advocate.  *See Hall*, 935 F.2d at 1110.  For the reasons stated below, Ms.

Toodle will be ordered to file an amended complaint.

The court has reviewed the Complaint and has determined that the Complaint is

deficient.  First, Ms. Toodle is attempting to represent other parties in this action.  She

may not do so because a *pro se* litigant may not represent another *pro se* litigant in

federal court.  *See* 28 U.S.C. § 1654; *see also Lutz v. Lavelle*, 809 F. Supp. 323, 325

(M.D. Pa. 1991); *Miller v. Bobbitt*, 779 F. Supp. 495, 496 (D. Or. 1991); *Lindstrom v.

Illinois*, 632 F. Supp. 1535, 1537 (N.D. Ill. 1986), *appeal dismissed*, 828 F.2d 21 (7th

Cir. 1987).

In addition, the Complaint does not comply with the pleading requirements of

Rule 8 of the Federal Rules of Civil Procedure.  The twin purposes of a complaint are to

give the opposing parties fair notice of the basis for the claims against them so that they

may respond and to allow the court to conclude that the allegations, if proven, show

that the plaintiff is entitled to relief.  *See Monument Builders of Greater Kansas City,

Inc. v. American Cemetery Ass'n of Kansas* , 891 F.2d 1473, 1480 (10th Cir. 1989).

The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes.  *See TV

Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo.

1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992).  Specifically, Rule 8(a) provides that a

complaint "shall contain (1) a short and plain statement of the grounds upon which the

court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing

that the pleader is entitled to relief, and (3) a demand for judgment for the relief the

pleader seeks." The philosophy of Rule 8(a) is reinforced by Rule 8(e)(1), which provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Ms. Toodle fails to set forth a short and plain statement of her claims showing that she is entitled to relief. It is not clear why Ms. Toodle has initiated the instant action in this court or why she believes the Defendants have violated her rights. In short, the Complaint makes no sense.

A decision to dismiss a complaint pursuant to Rule 8 is within the trial court's sound discretion. ***See Atkins v. Northwest Airlines, Inc.***, 967 F.2d 1197, 1203 (8th Cir. 1992); ***Gillibeau v. City of Richmond***, 417 F.2d 426, 431 (9th Cir. 1969). The court finds that the Complaint does not meet the requirements of Fed. R. Civ. P. 8(a) and that Ms. Toodle should be given an opportunity to file an amended complaint. She will be directed to do so below. Accordingly, it is

ORDERED that Ms. Toodle file, **within thirty (30) days from the date of this order**, an amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 as discussed in this order. It is

FURTHER ORDERED that the clerk of the court mail to Ms. Toodle, together with a copy of this order, two copies of the following form: Complaint. It is

FURTHER ORDERED that, if Ms. Toodle fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 18 day of October , 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 05-cv-01954-OES

Sandra Toodle
1470 Grant Street
Denver, CO 80203

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint** to the above-named individuals on ___10/18/05___

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk